UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE JAIRO GIRALDO-GARCIA,
                    Petitioner,

     -against-

UNITED STATES OF AMERICA,
                    Respondent.
------------------------------------------------------------X

07 civ 9861 (JGK)

**MEMORANDUM AND ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Clerk of this Court is directed to serve, by certified mail return receipt requested, a copy of this order, together with a copy of the petition, on the United States Attorney for the Southern District of New York (the Government), who shall answer or move with respect to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

The Government shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any federal post-conviction proceedings. The Government shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat. 1214 (1996).

The petitioner's time to reply to the Government's response shall be thirty (30) days after receipt of the Government's response.

**SO ORDERED.**

                                              JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 20, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/3/2008
```